No. 79–1555. TENNESSEE *v.* BERRY. Sup. Ct. Tenn. Motion of respondent for leave to proceed *in forma pauperis* granted. Certiorari denied. JUSTICE BLACKMUN would grant certiorari.

No. 79–1574. BROWN ET AL. *v.* STONE ET AL. Sup. Ct. Miss. Certiorari denied. JUSTICE WHITE would dismiss the petition as moot. JUSTICE STEWART would grant certiorari.

No. 79–1656. PEREZ ET AL. *v.* UNITED STATES. C. A. 5th Cir. Certiorari denied. JUSTICE BRENNAN and JUSTICE STEWART would grant certiorari.

No. 79–1708. NEW YORK *v.* S & E SHIPPING CORP. ET AL.;

No. 79–1716. S & E SHIPPING CORP. *v.* UNITED STATES ET AL.; and

No. 79–1718. SEAFARERS INTERNATIONAL UNION OF NORTH AMERICA, AFL–CIO *v.* UNITED STATES ET AL. C. A. 2d Cir. Motion of Seaboard Allied Milling Corp. et al. for leave to file a brief as *amici curiae* granted. Certiorari denied. Reported below: 600 F. 2d 349.

No. 79–1732. HILTON, AKA MILTON, ET AL. *v.* UNITED STATES. C. A. 1st Cir. Certiorari denied. JUSTICE BRENNAN, JUSTICE WHITE, and JUSTICE POWELL would grant certiorari.

No. 79–1863. HARPER ET AL. *v.* UNITED STATES. C. A. 4th Cir. Certiorari denied. JUSTICE BRENNAN, JUSTICE WHITE, and JUSTICE POWELL would grant certiorari.

No. 79–1750. FINGAR *v.* SEABOARD COAST LINE RAILROAD Co. C. A. 5th Cir. Certiorari denied. JUSTICE POWELL took no part in the consideration or decision of this petition.